

**MEMO ENDORSED**

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2023

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 19, 2023

**Via CM/ECF**
The Honorable Katharine H. Parker
United States District Court
Southern District of New York

Re:   **Velazquez v. Third Eye Comics, Inc.**
      Case #: 1:22-cv-09246-JMF-KHP

Dear Judge Parker:

We represent the plaintiff in the above matter. We write to respectfully request that the January 30, 2023, Initial Conference for this matter be adjourned because Defendant has not yet been served, nor reached out to Plaintiff. We further ask for additional time to serve Defendant.

Although Plaintiff's initial service attempt was not successful, Plaintiff is diligently attempting to serve Defendant with the summons and complaint.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

---

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, January 30, 2023 at 10:15 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is rescheduled to **Wednesday, March 29, 2023 at 10:45 a.m.**
The deadline for Plaintiff to serve Defendant is extended to **Wednesday, February 8, 2023**.

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
01/19/2023